**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    : No. 520 EAL 2014
                                                               :
                              Respondent           : Petition for Allowance of Appeal from the
                                                               : Order of the Superior Court
                                                               :
                              v.                          :
                                                               :
                                                               :
                                                               :
MELANIE JAROMA,                         :
                                                               :
                              Petitioner             :

## ORDER

**PER CURIAM**

     **AND NOW**, this 4th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.